LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                       Chapter 7

TONI ANN SORRENTINO,
a/k/a TONI ANN RUSSO,                       Case No.:

                    Debtor.
-------------------------------------------------------------X

## **STATEMENT PURSUANT TO LOCAL RULES 2016(b) and 2017-1**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)     The undersigned is the attorney for the above-captioned debtor in this case.

(2)     The compensation paid or agreed to be paid by the debtor to the undersigned as follows:

        (a)     a retainer for legal services rendered or to be rendered in contemplation of and in connection with this case;     $2,800.00
        (b)     a filing fee     $335.00

(3)     The services rendered or to be rendered include the following:

        (a)     analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Chapter 7 of Title 11 of the United States Code or whether debtor qualifies for Chapter 13;

        (b)     preparation and filing of the petition, schedules, statement of affairs, and other documents required by the Court, other than the representation in contested matters of whatever kind or nature; and

        (c)     representation of the debtor at the § 341 meeting of creditors.

(4)     The undersigned has received no transfer, assignment or pledge of property.

(5)     The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm any compensation paid or to be paid.
The undersigned, pursuant to Rule 2017-1 of the Federal Rules of Bankruptcy Procedure states that the following services were performed by the undersigned counsel to the Debtor, for which the attorney's customary attorney fee charged is $595.00 per hour.

| 10/5/17 | Meeting with Debtor regarding Financial issues, background, and bankruptcy options | 1.0 hours |
|---------|---------|---------|
| 10/11/17 | Review intake form and prepare bankruptcy petition | 1.5 hours |
| 10/12/17 | Revise Petition | 1.5 hours |
| 10/12/17 | Meeting with Debtor to review and execute petition & schedules | 1.5 hours |

Dated: October 12, 2017　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　*s/ Salvatore LaMonica* , Attorney for the Debtor
　　　　　　　　　　　　　　　　　　Salvatore LaMonica, Esq.
　　　　　　　　　　　　　　　　　　LaMonica Herbst & Maniscalco, LLP
　　　　　　　　　　　　　　　　　　3305 Jerusalem Avenue, Suite 201
　　　　　　　　　　　　　　　　　　Wantagh, NY 11793
　　　　　　　　　　　　　　　　　　(516) 826-6500